IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO MCNEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:09cv641-TMH |
| | ) |
| HOUSTON COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On August 17, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 14). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's claims against the Houston County Jail are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(3)(2)(B)(I).

2. The Houston County Jail is DISMISSED as a defendant in this cause of action.

3. This case, with respect to the plaintiff's claims against the remaining defendants regarding the conditions of confinement at the Houston County Jail is REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this the 18th day of September, 2009.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE